ANDRE BIROTTE, JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
CHRISTOPHER BRUNWIN
Assistant United States Attorney
Deputy Chief, Violent and Organized Crime Section
California State Bar Number 158939
    1553 United States Courthouse
    312 North Spring Street
    Los Angeles, CA 90012
    Telephone: (213) 894-4242
    Facsimile: (213) 894-0142
    e-mail: christopher.brunwin@usdoj.gov

Attorneys for Plaintiff/Respondent
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
APR 25 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 00-1175-R |
| Plaintiff, | [PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO VACATE CORAM NOBIS |
| v. | |
| TAMER MAGDY ELSAYED, | |
| Defendant. | |

Having reviewed the submissions of the parties and considered the arguments of counsel, the District Court hereby

denies defendant's Motion to Vacate Coram Nobis for the reasons set forth at the April 2, 2012 hearing in this matter.

IT IS SO ORDERED.

_____  4-25-12
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Submitted by,

ANDRE BIROTTE, JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

/S/Christopher Brunwin
CHRISTOPHER BRUNWIN
Assistant United States Attorney

Attorneys for Plaintiff/Respondent
UNITED STATES OF AMERICA